

# Fourth Court of Appeals
## San Antonio, Texas

September 20, 2022

No. 04-20-00596-CV

**IN THE INTEREST OF L.J.K. AND C.A.K.**, Children,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI01008
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

On August 31, 2022, this court issued an opinion and judgment.  On September 15, 2022, Appellee filed an unopposed motion for extension of time to file a motion for rehearing until September 30, 2022.  *See* TEX. R. APP. P. 49.9.

Appellee's motion for extension of time is **granted**.  Appellee's motion for rehearing is due to be filed with this court by September 30, 2022.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of September, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court